IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PEGGY WARREN,

    Plaintiff,

vs.

CIVIL ACTION NO. CV406294

UNION LABOR LIFE INSURANCE COMPANY,

    Defendant.

## ORDER

THE FOREGOING Motion of Plaintiff to File Expert Reports beyond the dates specified in this Court's prior Orders, hereby GRANTED and Plaintiff shall have five (5) days from the date of this Order to file all such expert reports that she intends to rely on in these proceedings.

This 23rd day of May, 2007.

Magistrate JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order prepared by:

Stanley M. Karsman, Esquire
Savage, Turner, Pinson & Karsman
P.O. Box 10600
Savannah, Georgia 31412
(912) 231-1140
(912) 231-9157 facsimile